# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LILLIANA GUADALUPE ROJAS,<br><br>Defendant. | Case No. 21-cr-0094-JLS<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the United States' Motion to Dismiss the Information Without Prejudice is granted and the information against Defendant Lilliana Guadalupe Rojas, ECF No. 19, is dismissed without prejudice.

IT IS SO ORDERED.

Dated: September 28, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge